IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NORMAN SHELTON, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-764 |
| | § | |
| BONHAM INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
|     Defendant. | § | |

## UNOPPOSED MOTION TO WITHDRAW

Defendant Bonham Independent School District (Bonham ISD) files this Motion to Withdraw and respectfully would show the Court as follows:

(1) Bonham ISD is represented by Meredith Prykryl Walker, Laura Rodriguez McLean, and Seth R. Lightfoot. Mr. Lightfoot's employment with Walsh Gallegos Treviño Russo & Kyle P.C. terminated on August 17, 2018.

(2) Seth R. Lightfoot seeks to withdraw from the representation of Bonham ISD in this matter. Meredith Prykryl Walker and Laura Rodriguez McLean of Walsh Gallegos Treviño Russo & Kyle P.C., 105 Decker Court, Suite 600, Irving, Texas 75062 will continue to represent Bonham ISD. Ms. Walker will continue to be designated as Lead Counsel.

(3) There is good cause for this Court to grant this Motion to Withdraw because Bonham ISD will continue to be represented by counsel of record Meredith Prykryl Walker and Laura Rodriguez McLean of Walsh Gallegos Treviño Russo & Kyle P.C. The withdrawal of attorney Seth R. Lightfoot will not prejudice any party in this matter or the interests of justice.

WHEREFORE, PREMISES CONSIDERED, Bonham ISD respectfully requests that this Motion to Withdraw be granted and that the Court sign its Order permitting Seth R. Lightfoot to

withdraw and be discharged as counsel of record for Bonham ISD.

Respectfully submitted,

By: /s/ Meredith Prykryl Walker
Meredith Prykryl Walker
State Bar No. 24056487
Laura Rodriguez McLean
State Bar No. 24007937

WALSH GALLEGOS TREVIÑO
RUSSO & KYLE P.C.
105 Decker Court, Suite 600
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com
lmclean@wabsa.com


By: /s/ Seth R. Lightfoot
Seth R. Lightfoot
State Bar No. 24093625

THE PEAVLER GROUP, PC.
2215 Westgate Plaza
Grapevine, Texas 76092
214.999.0550
214.999.0551 (facsimile)
slightfoot@peavlergroup.com


ATTORNEYS FOR DEFENDANT
BONHAM INDEPENDENT
SCHOOL DISTRICT

## CERTIFICATE OF CONFERENCE

On August 9, 2018, counsel for Defendant, Seth R. Lightfoot, conferred with counsel for Plaintiff, Ron Huff, who informed Defendant's counsel that Plaintiff is unopposed to the relief sought in this motion.

/s/ Seth R. Lightfoot
Seth R. Lightfoot

## CERTIFICATE OF SERVICE

On August 30, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Ronald R. Huff
112 South Crockett Street
Sherman, Texas 75090

/s/ Meredith Prykryl Walker
Meredith Prykryl Walker