# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| NORMAN SHELTON | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  4:17-CV-00764 |
| | § | JUDGE MAZZANT |
| BONHAM INDEPENDENT SCHOOL DISTRICT | § | |
| | § | |

## JUDGMENT ON JURY VERDICT

This action came on for trial before the Court and a jury, the undersigned presiding, and the issues having been duly tried after the jury having duly rendered its verdict.

It is **ORDERED** and **ADJUDGED** that Plaintiff takes nothing and that Plaintiff's case against Defendant is **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** that each party bear its own costs.

All motions pending are **DENIED**, and all relief not previously granted is hereby **DENIED.**

**IT IS SO ORDERED.**

**SIGNED this 21st day of August, 2019.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE