# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| NORMAN SHELTON § | |
| § | |
| v. § | Civil Action No. 4:17-CV-764 |
| § | Judge Mazzant |
| BONHAM INDEPENDENT SCHOOL § | |
| DISTRICT § | |

## VERDICT FORM

We, the Jury, find as follows:

**Question No. 1**

Has Plaintiff Norman Shelton proved that, but for his age, Defendant Bonham Independent School District would not have discharged him?

Answer "Yes" or "No."

_____No_____

If you answered "Yes" to Question No. 1, proceed to Question No. 2. If you answered "No" to Question No. 1, then proceed to the signature line.

**Question No. 2**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiff Norman Shelton for the damages, if any, you have found Defendant Bonham Independent School District's wrongful conduct, if any, caused Plaintiff Norman Shelton?

Answer in dollars and cents for the following items and none other:

a. Past wages and benefits from September 22, 2017 to August 20, 2019

$_____

**Proceed to signature line.**

Date: 8/20/19                                    Presiding Juror